IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY RUSHMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation; and RAILCREW XPRESS, LLC, a Delaware Limited Liability Company;<br><br>Defendants. | 4:24CV3051<br><br><br>ORDER |

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **March 13, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the status conference currently set for February 18, 2025.

1

Dated this 11th day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge