IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY RUSHMAN, | |
| Plaintiff, | |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware Corporation, and RAILCREW XPRESS, LLC, a Delaware Limited Liability Company, | 4:24-CV-3051 |
| Defendants and Third-Party Plaintiffs, | ORDER |
| vs. | |
| SERGIO TINAJERO, | |
| Third-Party Defendant. | |

IT IS ORDERED:

1.  The parties' stipulation of dismissal with prejudice (filing 43) is approved.

2.  The plaintiff's claims against BNSF Railway Company and Railcrew Xpress, LLC are dismissed with prejudice, parties to pay their own costs.

3.  Anthony Rushman is terminated as a party.

4.      BNSF Railway Company and Railcrew Xpress, LLC are terminated in their roles as defendants.

5.      This case shall remain pending as to the claims of BNSF Railway Company and Railcrew Xpress, LLC, in their roles as third-party plaintiffs, against third-party defendant Sergio Tinajero.

6.      The March 25, 2025 dismissal papers deadline is terminated.

7.      This case is referred to the Magistrate Judge for case progression.

Dated this 19th day of March, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge