IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAILCREW XPRESS, LLC and BNSF RAILWAY COMPANY, a Delaware Corporation, <br><br>　　　　Third-Party Plaintiffs, <br><br>vs. <br><br>SERGIO TINAJERO, <br><br>　　　　Third-Party Defendant. | 4:24-CV-3051 <br><br> ORDER |

In its memorandum and order of July 1, 2025 (filing 47), the Court ordered the third-party plaintiffs to show cause, on or before July 30, 2025, why their third-party complaint should not be dismissed. They did not respond to the Court's order. Accordingly, cause not having been shown,

IT IS ORDERED:

1. The third-party plaintiffs' third-party complaint (filing 15) is dismissed without prejudice.

2. A separate judgment will be entered.

Dated this 7th day of August, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge